**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

_Jacksonvill_ ___ Division _Amend_

### CIVIL RIGHTS COMPLAINT FORM

CASE NUMBER: 3:13-cv-2-J-99TJC-JRK
(To be supplied by Clerk's Office)

_Raymond Wayne Breeden_

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

_Duval County Pretrial Detention_
_Facility; Jimmy Holderfield, Dannet_
_Scott, John Doe, et al. Sued in their_
_Official capacities, and were acting under color of State law._
(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).
_____ /

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.   PLACE OF PRESENT CONFINEMENT: _Duval County Pretrial Detention_
     (Indicate the name and location)
     _Facility, 500 East Adams St, Jacksonville Florida 32202_

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
     required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
     or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
     administrative grievance process was not completed prior to filing this lawsuit may be subject
     to dismissal.**

III. **PREVIOUS LAWSUITS:**

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (✓)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit:

      Plaintiff(s): ___Not Applicable_____

      _____

      Defendant(s): _____

      _____

   2.   Court (if federal court, name the district; if state court, name the county):

      _____Not Applicable_____

   3.   Docket Number: ___Not Applicable_____

   4.   Name of judge: ___Not Applicable_____

   5.   Briefly describe the facts and basis of the lawsuit:_____

      _____Not Applicable_____

      _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      _____Not Applicable_____

      _____

   7.   Approximate filing date: ___Not Applicable_____

   8.   Approximate disposition date: ___Not Applicable_____

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

identify these suits below by providing the case number, the style, and the disposition of each case: _____ Not Applicable _____

_____

_____

_____

IV.   **PARTIES**: In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: _Raymond Wayne Breeden_____

Mailing address: _6905 Magdelena Dr._____

_____ Jacksonville, Fla. 32210_____

B.   Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: _Director, Jimmy Holderfield_____

Mailing Address: _500 East Adams St._____

_____ Jacksonville Fla. 32202_____

Position: _Director_____

Employed at: _Duval's Pretrial Detention Facility_____

D.   Defendant: _Medical Director, Dannet Scott_____

Mailing Address: _500 East Adams St._____

_____ Jacksonville Fla. 32202_____

Position: _Medical Director_

Employed at: _Duval's Pretrial Detention Facility / Bay St. Health Center_

E.   Defendant: _John Doe_

Mailing Address: _500 East Adams St._

_Jacksonville Fla. 32202_

Position: _Staff_

Employed at: _Pretrial Detention Facility_

F.   Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

G.   Defendant: _____

Mailing Address: _____

_____

Position: _____

Employed at: _____

V.   **STATEMENT OF CLAIM:** State what rights under the Constitution, laws, or treaties of the United
States have been violated, and be specific. If you intend to allege a number of related claims, set forth
each claim in a separate paragraph. **Any claim that is not related to the same basic incident or
issue must be addressed in a separate Civil Rights Form.**

Defendant Holderfield Municipal liability for delay and inadequate system for treatment
of the plaintiff's dental care [medical care], constitute a deliberate indifference
claim to the plaintiff's serious medical needs, violating the plaintiff's Eighth
Amendment right to the United States Constitution.
Failure of Defendant Holderfield action to curb a known pattern of delay
in dental constitutes a deliberate indifference, violating the plaintiff's
                                                                    See 5B Cont.

VI.  **STATEMENT OF FACTS:** State as briefly as possible the FACTS of your case. Describe how each
defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with
as much specificity as possible the facts in the following manner:

1.   Name and position of person(s) involved.
2.   Date(s).
3.   Place(s).
4.   Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.   Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the
     defendant[s]).

1. Plaintiff is a Pretrial Detentee, is proceeding pro se, and
"Demands a Jury Trial"
2. In October of 2012 plaintiff went to the satellite clinic for
severe tooth pain, Defendant Doe #1 schedule the plaintiff for dental
December 3, 2012, At that time, plaintiff did not receive any dental care,
Plaintiff was told to return to his cell
3. On December 3, 2012 the plaintiff went to dental for an examination
the dental hygienist [Defendant #2] who examine the plaintiff ignored
                                                                    see 6B cont

V. Statement of Claim:

Eighth Amendment of the United States Constitution.

Defendant Scott violated plaintiff's right due to inevitable suffering by deficiencies in staffing constitutes cruel and unusual punishment in violating the plaintiff's Eighth Amendment right of the Constitution. Defendant(s) Does for deliberate indifference to the plaintiff's dental needs, violating the Eighth Amendment of the United States Constitution.

VI Statement of Facts:

his complaints, plaintiff told the hygienist [Defendant #2] he is suffering due to the deterioration of his teeth.

4. Plaintiff was told by Defendant #1, #2 he is on pain medication [Tylenol], then was scheduled in Jan. 2013 for extraction of the tooth.

5. Plaintiff has a cavity, decaying teeth that presents a serious medical need if it is not treated.

6. As to this date, December 28th 2012, there's been a three-month delay in treating the tooth.

7. Pretrial Detention Facility has a policy that is the "moving force" behind the plaintiff's injury.

8. PDF does not have an adequate system for indentifying inmates with serious dental needs and making sure they are treated.

9. Plaintiff has repeatedly complained of a toothache.

10. The answer for dental care delay is that "the jail does not have a full-time denist," the denist who does work, works only when she can.

11. P.D.F. policy is to refuse to fill a cavity, inmates must only consent only to the extraction of teeth, the custom is persistent and widespread, and long-standing.

12. P.D.F. has a no care "custom or usage" to teeth that can be save.

13. P.D.F. has a substantial delay in the pess necessary dental treatment.

14. plaintiff has dental pain, bleeding, swelling of the gums and he has even loss weight due to the pain of his teeth.

VII.   <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.



VI Statement of Facts:

15. Plaintiff been incarcerated for 3 years at P.D.F.

16. Plaintiff during December has declared several dental emergencys, to be told he haves to wait.

17. Plaintiff needs is so obvious that even a lay person would easily recognize the necessity of a denist's attention.

18. Even if the P.D.F. does not have a denist, the P.D.F/Defendant Doe #3 failed to refer the plaintiff to an outside specialist.

19. P.D.F. does not provide enough dental staff coverage to meet the needs of the population of inmates.

20. The delay of dental caused the plaintiff unnecessary and wanton infliction of pain.

21. Systemic deficiencies in staffing made suffering unnecessary inevitable.

22. In general, Municipal policy or custom shows a deliberate indifference to the dental needs of inmates, particularly neglectes to the plaintiff. plaintiff is unable to obtain an examination or care upon request, even if the plaintiff submits a grievance he is unable to recieve dental care in a timely fashion, the screening process for determining whether an inmate needs dental attention is inadequate, plaintiff's pain is so serious, he would beg staff for basic dental attention.

23. Dental actions about pulling teeth and delays are so permanent and well settled as to constitute a custom or usage with the force of law.

VII. Relief Requested:

A. Issue an injunction ordering Duval's Pretrial Detention Facility, or their agents too, Defendant Holderfield, Defendant Scott.

Immediately arrange for the plaintiff's need for dental care or other follow-up medical [dental] treatment to be evaluated by a dentist with expertise in the treatment and restoration of his teeth. Also,

B. Issue a declaratory judgment stating that Duval's Pretrial Detention Facility actions in delay and inadequate dental care for the plaintiff violated, and continue to violate, the plaintiff's right under the Eighth Amendment to the United States Constitution.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this _27_ day of _February_, _2013_.

Raynard Wayne Breeden

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the _____
day of _____, 20____.

VII Relief Requested:

 C. Award compensatory damages in the following amounts:

1. 100,000 jointly and severally against Defendant Scott for the physical injury resulting from their failure to provide an adequate dental care for the plaintiff.

2. 50,000 jointly and severally against Defendant Doe(s), Defendant Holderfield for the physical injury sustained as a result of the policy or custom.

3. 50,000 jointly and severally against Defendant Doe(s) for their deliberate indifference to the plaintiff dental needs.

 D. Award punitive damages in the following amounts:

1. 50,000 each against Defendant Holderfield, Defendant Scott.

2. 25,000 each against each Defendant Doe(s).

 E. Grant such other relief as it may appear that the plaintiff is entitled too. [Nominal]

Respectfully Submitted,

Raymal Wayne Breeden

Raymond W. Breeden  Pro se

500 East Adams st

Jacksonville Fla. 32202.