UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RAYMOND WAYNE BREEDEN,

          Plaintiff,

v.                                      Case No. 3:13-cv-2-J-99TJC-JRK

DUVAL COUNTY PRETRIAL
FACILITY, et al.,

          Defendants.

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, RAYMOND WAYNE BREEDEN, by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A), F.R.Cv.P., hereby notices the court of his voluntary dismissal of this action.

                                    Respectfully Submitted,

                                    Donna Lee Elm
                                    Federal Public Defender

                                    s/James H. Burke, Jr.

                                    James H. Burke, Jr.
                                    Assistant Federal Public Defender
                                    Florida Bar Number 0234631
                                    200 West Forsyth St., Suite 1240
                                    Jacksonville, Florida  32202-4326
                                    Telephone: (904) 232-3039
                                    Counsel for Plaintiff  Breeden

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing *Notice of Dismissal* was furnished by Electronic Mail to Kelly H. Papa, Assistant General Counsel, 117 W. Duval Street, Suite 480, Jacksonville, Florida 32202 and Raymond Breeden,2009052498,DCPDF, 500 E. Adams St., #6W4A, Jacksonville, Florida 32202, this 7th day of October, 2013.

        s/James H. Burke, Jr.

        James H. Burke, Jr.
        Assistant Federal Public Defender