```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

RAYMOND WAYNE BREEDEN,

        Plaintiff,

v.                          Case No. 3:13-cv-2-J-99TJC-JRK

DUVAL COUNTY PRETRIAL
DETENTION FACILITY, et al.,

        Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On October 7, 2013, Plaintiff filed a Notice of Voluntary Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action will be dismissed without prejudice.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED without prejudice**.

2. The Clerk of the Court shall enter judgment accordingly and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of October, 2013.

                                                TIMOTHY J. CORRIGAN
                                                United States District Judge

sa 10/7
c:
FPD (Burke)